MARY T. PALMA, Respondent, *v.* THE TOWN OF NORTH HEMPSTEAD, Appellant.

WALTER W. HOFFMAN, Respondent *v.* THE TOWN OF NORTH HEMPSTEAD, Appellant.

Appeals from orders of the Supreme Court, entered in the New York county clerk's office on the 15th day of March, 1915, denying motions for a change of the place of trial.

PER CURIAM: The orders appealed from are affirmed, with ten dollars costs and disbursements, upon the ground that the motions were prematurely made, without prejudice to a renewal of the motions upon the ground of the convenience of witnesses after issue joined. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. In each case order affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the motion upon the ground of the convenience of witnesses after issue joined.